UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MC2 CAPITAL PARTNERS, LLC,                                              No. 11-14366

                              Debtor(s).
_____/

Memorandum and Order on Motions to Continue Trial

(Objection to Claim No. 21 of H. A. Brown Electric, Inc.)

(Objection to Claim No. 27 of Berger Bros., Inc.)

(Objection to Claim No. 19 of Egan Plumbing, Inc.)

(Objection to Claim No. 20 of Lefco, Inc.)
_____

      Trial of the objections to the above claims is the last matter which must be decided before the case is resolved and distributions are made to creditors. On November 18, 2013, I set the trial before me for the week of April 28, 2014. When my duties as chief judge called me away from the district that week, I accepted the very gracious offer of Bankruptcy Judge Dennis Montali to hear the trial in my stead.

      On April 21, 2014, counsel for the Creditors Committee made a request to file a document under seal. He alleged that he had information which would disqualify counsel for the debtor based on counsel's prepetition representation of the debtor or related entities, even though counsel had disclosed such representation in the application to approve its employment. The following day the above claimants filed motions to continue the trial, arguing that the mere possibility of subsequent disqualification of opposing counsel might somehow make proceeding to trial inadvisable.

      Even though filings are down from all-time highs, trial time in this court is still precious. This

1

is especially so for trials which may take several days. The demands on me as chief judge make Judge Montali's availability even more valuable. When I weigh the resources of the court and the need to resolve the above claims promptly against the remote possibility of subsequent disqualification of opposing counsel and the even more remote possibility that such a disqualification might somehow taint the trial, I find that the circumstances require the objections to be heard as scheduled. Accordingly, the motions to continue the trial now set for next week before Judge Montali are denied.

SO ORDERED.

Dated: April 25, 2014

Alan Jaroslovsky
Chief Bankruptcy Judge